**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　　　Plaintiff,<br>vs.<br>Chance Brannon<br>　　　　　　　　　　　　Defendant. | Southern Division<br><br>Case #: 8:23-MJ-00304-1　　Complaint & Warrant<br>Initial App. Date: 06/14/2023　　Custody<br>Time: 2:00 PM<br><br>Date Filed: 06/12/2023<br>Violation: 18 USC 844(i)<br>CourtSmart/Reporter: CS 06/14/2023 |

**PROCEEDINGS HELD BEFORE UNITED STATES**　　**CALENDAR/PROCEEDINGS SHEET**
**MAGISTRATE JUDGE: Douglas F. McCormick**　　**LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:**　　Nancy K. Boehme　　　　Kathrynne Seiden　　　　/ None
　　　　　　　　―――――――――――　　―――――――――――　　―――――――――――
　　　　　　　　　Deputy Clerk　　　　Assistant U.S. Attorney　　Interpreter/Language

☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ preliminary hearing

☑ Attorney: Kate Corrigan and ☑ Retained
☑ Contested detention hearing is held.

☑ Government's request for detention is: GRANTED.

☑ Defendant is ordered: Permanently Detained

☑ Preliminary Hearing waived.

☑ PIA set for July 24, 2023, at 10:00 AM in Santa Ana.

☑ Defendant committed to the custody of the U.S. Marshal

Deputy Clerk Initials: nb _NB_
00 : 28

M-5 (10/13)　　CALENDAR/PROCEEDING SHEET - LOCAL/OUT-OF-DISTRICT CASE　　Page 1 of 1