**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,
Plaintiff,

vs.

Tibet Ergul

Defendant.

Southern Division

Case #: 8:23-MJ-00304-2    Complaint & Warrant
Initial App. Date: 06/14/2023    Custody
Time: 2:00 PM

Date Filed: 06/12/2023
Violation: 18 USC 844(i)
CourtSmart/Reporter: CS 06/14/2023

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Douglas F. McCormick**

**CALENDAR/PROCEEDINGS SHEET**
**LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:**  Nancy K. Boehme    Kathrynne Seiden    / None

*Deputy Clerk*    *Assistant U.S. Attorney*    *Interpreter/Language*

☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ preliminary hearing

☑ Defendant advised of consequences of false statement in financial affidavit.

☑ Attorney: Sheila Mojtehedi and ☑ Panel, and ☑ Appointed

☑ Government's request for detention is: CONTINUED.

☑ Defendant is ordered: Temporarily Detained (see separate order).

☑ Preliminary Hearing waived.

☑ PIA set for July 24, 2023, at 10:00 AM in Santa Ana.

☑ Case continued to (Date) June 16, 2023, at 1:30 PM

☑ Type of Hearing: Detention Hearing Before Judge McCormick / Duty Magistrate Judge.

☑ Proceedings will be held in the Judge's Courtroom 6B

☑ Defendant committed to the custody of the U.S. Marshal

Deputy Clerk Initials: nb /NB
00 : 07

---

M-5 (10/13)    CALENDAR/PROCEEDING SHEET - LOCAL/OUT-OF-DISTRICT CASE    Page 1 of 1