# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT

JUN 14 2023

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| UNITED STATES OF AMERICA,<br>　　　　　　　　PLAINTIFF,<br>v.<br>CHANCE BRANNON and TIBET ERGUL,<br>　　　　　　　　DEFENDANTS | **WARRANT FOR ARREST**<br><br>ON COMPLAINT<br><br>CASE NO.: 8:23-mj-00304-DUTY-1 |
|---|---|

To: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **CHANCE BRANNON** and bring him forthwith to the nearest Magistrate Judge to answer a complaint charging him/her with Use of a Firearm or Explosive to Damage Real Property Affecting Interstate Commerce, in violation of Title 18, United States Code, Section 844(i).

REC: BY AUSA　　　　　[Detention]

| June 12, 2023 | Hon. Douglas F. McCormick |
|---|---|
| Date | Name of Magistrate Judge |
| | *(signature)* |
| | Signature of Magistrate Judge |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at (location):

| DATE RECEIVED<br>06/12/2023 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>06/14/2023 | Tyler Novak, Special Agent | *(signature)* |

DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO