```
                                                    F I L E D
                                              CLERK, U.S. DISTRICT COURT
                                                   01/17/2024
                                              CENTRAL DISTRICT OF CALIFORNIA
                                              BY: _____DVE_____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>XAVIER BATTEN,<br><br>　　　　Defendant. | CR No. 8:23-100(A)-CJC-3<br><br>**F I R S T**<br>**S U P E R S E D I N G**<br>**I N F O R M A T I O N**<br><br>[26 U.S.C. § 5861(d): Possession of an Unregistered Destructive Device; 18 U.S.C. § 248(a)(3): Intentional Damage to a Reproductive Health Services Facility; 18 U.S.C. § 2(a): Aiding and Abetting] |

The United States Attorney charges:

COUNT ONE

[26 U.S.C. § 5861(d); 18 U.S.C. § 2(a)]

Beginning on or about March 12, 2022, and continuing until on or about March 13, 2022, in Orange County, within the Central District of California, and elsewhere, defendant XAVIER BATTEN aided and abetted others in knowingly possessing a firearm, as defined in Title 26, United States Code, Sections 5845(a)(8) and 5845(f), namely, a destructive device, which defendant BATTEN knew to be a destructive

device, and which had not been registered in the National Firearms and Registration Transfer Record, as required by Title 26, United States Code, Chapter 53.

COUNT TWO

[18 U.S.C. § 248(a)(3); 18 U.S.C. § 2(a)]

On or about March 13, 2022, in Orange County, within the Central District of California, and elsewhere, defendant XAVIER BATTEN aided and abetted others in intentionally damaging and destroying the property of a facility which provided reproductive health services, namely, a Planned Parenthood clinic. Defendant acted because the Planned Parenthood clinic was and had been providing reproductive health services.

E. MARTIN ESTRADA
United States Attorney

CAMERON L. SCHROEDER
Assistant United States Attorney
Chief, National Security Division

DAVID T. RYAN
Assistant United States Attorney
Chief, Terrorism and Export Crimes Section

KATHRYNNE N. SEIDEN
Assistant United States Attorney
Terrorism and Export Crimes Section