```
                                              F I L E D
                                         CLERK, U.S. DISTRICT COURT
                                              02/28/2024
                                         CENTRAL DISTRICT OF CALIFORNIA
                                         BY: _____DVE_____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TIBET ERGUL,<br><br>    Defendant. | CR No. 8:23-100(B)-CJC-2<br><br>**SECOND SUPERSEDING INFORMATION**<br><br>[18 U.S.C. § 1366(a): Conspiracy to Damage an Energy Facility; 18 U.S.C. § 248(a)(3): Intentional Damage to a Reproductive Health Services Facility] |

The United States Attorney charges:

### COUNT ONE

[18 U.S.C. § 1366(a)]

A. <u>OBJECT OF THE CONSPIRACY</u>

Beginning on an unknown date and continuing through approximately June 14, 2023, in Orange County, within the Central District of California, defendant TIBET ERGUL conspired and agreed with Unindicted Co-Conspirator No. 1 ("UICC 1") and others to knowingly and willfully damage the property of an energy facility, namely, a Southern California Edison electrical substation, and to cause significant interruption to and impairment of the facility's

//

functioning, in violation of Title 18, United States Code, Section 1366(a).

B. <u>MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED</u>

The object of the conspiracy was to be accomplished, in substance, as follows:

1. UICC 1 would devise an operation plan and gear list to carry out an attack on a substation.

2. Defendant ERGUL and UICC 1 would obtain weapons with which to commit the attack, to include firearms.

3. Defendant ERGUL and UICC 1 would consult with others about how to carry out the attack.

4. Defendant ERGUL would select an electrical substation to target.

5. Defendant ERGUL, UICC 1, and others would use the firearms to shoot at critical components of the substation, thus damaging the substation and causing significant interruption to and impairment of the substation's functioning.

C. <u>OVERT ACTS</u>

In furtherance of the conspiracy, and to accomplish its object, on or about the following dates, defendant ERGUL and others committed various overt acts within the Central District of California, including, but not limited to, the following:

<u>Overt Act No. 1:</u> On an unknown date, UICC 1 devised an operation plan and gear list for attacking a Southern California Edison substation, which he saved as a .txt file on a thumb drive titled "Delete after reading."

//

2

| | |
|---|---|
| 1 | Overt Act No. 2: On an unknown date, UICC 1 obtained several of |
| 2 | the items on the gear list, including a Zastava ZPap M70 rifle with a |
| 3 | handwritten Cyrillic message translating to "total [n-word] death." |
| 4 | Overt Act No. 3: On an unknown date, defendant ERGUL obtained a |
| 5 | rifle. |
| 6 | Overt Act No. 4: On an unknown date, defendant ERGUL and UICC 1 |
| 7 | consulted with an associate about conducting surveillance, drone |
| 8 | operations, and firearms. |
| 9 | Overt Act No. 5: On or about March 26, 2023, defendant ERGUL |
| 10 | scouted substations in the Orange County area to determine possible |
| 11 | targets for an attack. |
| 12 | Overt Act No. 6: On or about March 26, 2023, defendant ERGUL |
| 13 | messaged UICC 1 and another associate to tell them he had selected a |
| 14 | substation with a fenced area close to a critical switch. |

COUNT TWO

[18 U.S.C. § 248(a)(3)]

On or about March 13, 2022, in Orange County, within the Central District of California, and elsewhere, defendant TIBET ERGUL intentionally damaged the property of a facility which provided reproductive health services, namely, a Planned Parenthood clinic. Defendant acted because the Planned Parenthood clinic was and had been providing reproductive health services.

E. MARTIN ESTRADA
United States Attorney

CAMERON L. SCHROEDER
Assistant United States Attorney
Chief, National Security Division

DAVID T. RYAN
Assistant United States Attorney
Chief, Terrorism and Export Crimes Section

KATHRYNNE N. SEIDEN
Assistant United States Attorney
Terrorism and Export Crimes Section